

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:25-cr-00068

18 U.S.C. § 2315

KRISTA MARIE MENCHACA

## I N F O R M A T I O N

The United States Attorney Charges:

On or about July 8, 2021, at or near Dunbar, Kanawha County, West Virginia, within the Southern District of West Virginia and elsewhere, defendant KRISTA MARIE MENCHACA received, possessed, concealed, stored, and disposed of money of the value of $5,000 or more, that is, approximately $19,395 in United States currency, which crossed a State boundary after being stolen, unlawfully converted, and taken, knowing the same to have been stolen, unlawfully converted, and taken.

In violation of Title 18, United States Code, Section 2315.

UNITED STATES OF AMERICA

LISA G. JOHNSTON
Acting United States Attorney

By: _____
JONATHAN T. STORAGE
Assistant United States Attorney